# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NOLAN E. KLEIN, | |
|    *Petitioner*, | 3:04-cv-00049-ECR-RAM |
| vs. | |
| | ORDER |
| JACKIE CRAWFORD, *et al.*, | |
|    *Respondents*. | |

Following upon the recent order (#95) by the Court of Appeals,

IT IS ORDERED that the petition is DISMISSED without prejudice as moot, following upon the passing of the petitioner.

DATED:  May 28, 2010

*[signature: Edward C. Reed]*
_____
EDWARD C. REED
United States District Judge